**Bryan O'Neal BENSON,**
**Plaintiff–Appellant,**

v.

**S. YU, Officer; W. Rabourn, Officer,**
**Defendants–Appellees.**

**No. 07–2012.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 31, 2008.

Decided: April 16, 2008.

Bryan O'Neal Benson, Appellant Pro Se. Dorothy K. Leapley, City of Raleigh, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

PER CURIAM:

Bryan O'Neal Benson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Appellees' motion to dismiss and affirm for the reasons stated by the district court. *See Benson v. Yu,* No. 5:06–cv–00364–BR (E.D.N.C. Sept. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*